# Third District Court of Appeal

## State of Florida

Opinion filed July 9, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0694
Lower Tribunal No. 11-13464-FC-04
_____

**Robert Kritzman,**
Appellant,

vs.

**Karen Elizabeth Kritzman,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Multack, Judge.

Robert M. Kritzman, in proper person.

Karen E. Kritzman, in proper person.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Appellant Robert Kritzman untimely appealed a non-final "Order Denying Motion for Order to Show Cause for Indirect Criminal Contempt" and then failed to respond to this Court's Order to Show Cause. Accordingly, we dismiss the appeal for lack of jurisdiction. See Agere Sys. Inc. v. All Am. Crating, Inc., 931 So. 2d 244, 244-45 (Fla. 5th DCA 2006); Samara v. Tenet Fla. Physician Servs., LLC, 317 So. 3d 187, 188-89 (Fla. 3d DCA 2021).

Dismissed.